UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

VIGILANT INSURANCE COMPANY;

                  Plaintiff,          07CIV. 3373 (SHS)
                                                        **ECF CASE**
                                                        **RULE 7.1**
                                                        **<u>DISCLOSURE STATEMENT</u>**

      -against-

BAX GLOBAL INC.; BAX GLOBAL;
BAX GLOBAL (AUST) PTY LTD.;

                  Defendants.
-----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

    Vigilant Insurance Company is a wholly owned subsidiary of Federal Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

Date:  New York, New York
        April 24, 2007         *s/David L. Mazaroli*
                                                  _____
                                                  David L. Mazaroli (DM 3929)
                                                  Attorney for Plaintiff
                                                  11 Park Place - Suite 1214
                                                   New York, New York 10007
                                                   Tel.: (212)267-8480
                                                    Fax.: (212)732-7352
                                                   E-mail: dlm@mazarolilaw.com
                                                   File No.: 6C-1365