DLM REF.: 6C-1365



## WAIVER OF SERVICE OF SUMMONS

TO:  David L. Mazaroli, Attorney for Plaintiff

    I acknowledge receipt of your request that I waive service of a summons in the action of **VIGILANT INSURANCE COMPANY** v. **BAX GLOBAL INC.**, <u>et al</u>. which is case number **07 CIV. 3373 (SHS)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **May 7, 2007,** or within 90 days after that date if the request was sent outside the United States.

BAX Global Inc.
BAX Global
230-79 Rockaway Boulevard
Spring Garden, New York 11413

_____  Signed: _____
Date             Name: CHARLES E. SCHMIDT
                 Title: ATTORNEY
                 Company: ON BEHALF OF BAX GLOBAL INC.