4412-001

DeORCHIS, WIENER & PARTNERS, LLP
Richard L. Furman (RF 0250)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendants
BAX GLOBAL INC.; BAX GLOBAL;
BAX GLOBAL (AUST.) PTY. LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VIGILANT INSURANCE COMPANY,

                Plaintiff,                     Case No.: 07CV 3373 (SHS) (FM)

      -v-

                                                  RULE 7.1 STATEMENT

BAX GLOBAL INC.; BAX GLOBAL;
BAX GLOBAL (AUST.) PTY. LTD.,

                Defendants
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendants BAX GLOBAL INC.; BAX GLOBAL; BAX GLOBAL (AUST.) PTY. LTD. (private non-governmental entities) certify that there are no corporate parents and no publicly held corporation which own more than ten percent (10%) of their stock.

Dated:      New York, New York
              July 3, 2007

                                                DEORCHIS & PARTNERS, LLP
                                                Attorneys for Defendants,
                                                BAX GLOBAL INC.; BAX GLOBAL;
                                                BAX GLOBAL (AUST.) PTY. LTD.

                                                By: _____
                                                RICHARD L. FURMAN (RF 0250)
                                                61 Broadway, 26th Floor
                                                New York, New York 10006
                                                (212) 344-4700
                                                File No.: 4412-001