## DECLARATION OF SERVICE BY MAIL

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Defendants, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On July 3, 2007, I served upon:

> David L. Mazaroli, Esq.
> Attorney for Plaintiff
> 11 Park Place, Suite 1214
> New York, NY 10007

a true copy of the annexed:

*ANSWER*

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2007

_____
NADINE OTERO