```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIGILANT INSURANCE COMPANY,        :        07 Civ. 3373 (SHS)

              Plaintiff,        :

    -against-                              :        ORDER

BAX GLOBAL INC., *ET AL.*,                  :

             Defendants.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of discovery is October 26, 2007; and

    2.    There will be a pretrial conference on October 26, 2007, at 10:00 a.m.

Dated: New York, New York
       July 19, 2007

                                   SO ORDERED:

                                   _____
                                   Sidney H. Stein, U.S.D.J.