David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07
```

-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

VIGILANT INSURANCE COMPANY;

          Plaintiff,

  - against -

BAX GLOBAL INC.; BAX GLOBAL;
BAX GLOBAL (AUST) PTY LTD.;

          Defendants.

-----------------------------------------------------------------x

07 Civ. 3373 (SHS)

**STIPULATION & ORDER
OF DISCONTINUANCE**

It is hereby stipulated and agreed that this action is discontinued pursuant to Rule 41 (a) (l)(ii) Federal Rules of Civil Procedure, with each party to pay its own costs and attorney fees.

Dated: New York, New York
        December___, 2007

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

07 Civ. 3373 (SHS)
Stipulation & Order
[illegible]
Page 2

LAW OFFICES
DAVID L. MAZAROLI

_____
David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 6C-1365

Deorchis & Partners, LLP
Attorneys for Defendants
BAX GLOBAL INC., BAX GLOBAL
BAX GLOBAL (SA) PTY LTD.

By: _____
Richard E. Furman (RF-0250)
61 Broadway, 26th Floor
New York, New York 10006
Tel.: (212)344-4700

SO ORDERED 12/14/07

_____
SIDNEY H. STEIN
U.S.D.J.